# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00062-WSD-JSA
## USA v. Nwokoro
## Honorable Justin S Anand

Minute Sheet for proceedings held In Open Court on 04/21/2017.

TIME COURT COMMENCED: 2:57 P.M.
TIME COURT CONCLUDED: 3:11 P.M.
TIME IN COURT: 00:14
OFFICE LOCATION: Atlanta
TAPE NUMBER: FTR
DEPUTY CLERK: B. Graves

| | |
|---|---|
| DEFENDANT(S): | [1]Uwanbunkonye Nwokoro NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Stephen Johnson representing Uwanbunkonye Nwokoro<br>Brian Pearce representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[19]Motion to Suppress Statements DEFERRED |
| MINUTE TEXT: | The Court held a Pretrial Conference. Defendant's Motion to Suppress is DEFERRED to District Judge William S. Duffey, Jr. Any expert disclosures by the Government shall be due 21 days before trial. Reciprocal and any expert disclosures by the Defendant shall be provided 10 days before trial. |