6'74923PS 10

(Rev. 7/00)

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION




## WARRANT FOR ARREST
## FOR
## VIOLATION OF THE CONDITIONS OF BOND

**UNITED STATES OF AMERICA** )
**v.** )
)
Uwabunkoyne Nwokoro )

**Court No. 1:17-CR-00062-WSD**

DEC 8 '17 AM10:56 USMS NGA

TO: THE UNITED STATES MARSHAL
OR ANY OTHER AUTHORIZED OFFICER

YOU ARE HEREBY COMMANDED to arrest Uwabunkoyne Nwokoro and bring him forthwith before the Honorable Catherine Salinas or the nearest available United States Magistrate Judge to answer charges that he has violated the conditions of bond imposed by the United States Magistrate Judge for the Northern District of Georgia on 02/23/17 and 06/28/17.

Signature of Issuing Officer:

Catherine Salinas
The Honorable Catherine Salinas
United States Magistrate Judge

12/6/17
Date

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 26 2017
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12-21-17 | C. MURRAY, DUSM | |

# 70667

674923PS 10
(Rev. 7/00)



# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## WARRANT FOR ARREST
## FOR
## VIOLATION OF THE CONDITIONS OF BOND

**UNITED STATES OF AMERICA** )
**v.** )
)
Uwabunkoyne Nwokoro )

**Court No. 1:17-CR-00062-WSD**

TO: THE UNITED STATES MARSHAL
OR ANY OTHER AUTHORIZED OFFICER

DEC 8 '17 AM11:16 USMS NGA

YOU ARE HEREBY COMMANDED to arrest Uwabunkoyne Nwokoro and bring him forthwith before the Honorable Catherine Salinas or the nearest available United States Magistrate Judge to answer charges that he has violated the conditions of bond imposed by the United States Magistrate Judge for the Northern District of Georgia on 02/23/17 and 06/28/17.

Signature of Issuing Officer:

Catherine Salinas
The Honorable Catherine Salinas
United States Magistrate Judge

12/6/17
Date

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER<br>Cliff Murray | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
| DATE OF ARREST<br>12/21/17 | | |

#70667-019