MAGISTRATE'S CRIMINAL MINUTES  
REVOCATION PROCEEDINGS

FILED IN OPEN COURT  
DATE: 2/1/22 @ 11:30  
TAPE: FTR  
Time In Court: ___ Hr 20 Min

MAGISTRATE JUDGE CATHERINE M. SALINAS   ANGELA SMITH DEPUTY CLERK

CASE NO: 1:17-CR-62-SCJ   DEFENDANT'S NAME: Uwanbunkonye Nwokoro  
AUSA: Sekret Sneed   DEFENDANT'S ATTY: Bob Citronberg  
USPO: Emma Moses   Type Counsel (✓) Retained ( ) CJA ( ) FDP

## REVOCATION PROCEEDINGS

___ Initial Appearance HELD.

___ Order appointing Federal Defender Program.

___ Preliminary hearing HELD WAIVED   ( ) Continued to _____ @ _____

___ Waiver filed.

___ Final revocation hearing set for _____ @ _____

✓ Final revocation hearing HELD.

✓ Defendant ADMITS the allegations as set forth in the petition.

___ Court finds defendant HAS violated terms of release/probation.

___ Court ordered defendant's release / probation to be:

___ Revoked    ___ Terminated    ___ Reinstated/Continued  
___ Vacated    ✓ Modified        ✓ Written Order to follow

## BOND/DETENTION PROCEEDINGS

___ Government Motion for DETENTION filed. Detention hearing set for _____ @ _____

___ Temporary Commitment ORDERED.                     ___ Detention hearing held

___ Order of Detention Pending Final Revocation Hearing.

___ BOND SET

  ___ Non-surety

  ___ Surety ( ) Cash   ( ) Property   ( ) Corporate surety ONLY

___ SPECIAL CONDITIONS: _____

___ BOND FILED; defendant RELEASED.

___ Bond NOT EXECUTED. Defendant to remain in Marshal's custody.