IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

UWANBUNKONYE NWOKORO

Criminal Action No.

1:17-cr-00062-SCJ-JSA

**Government's Motion for Leave to File Dismissal** (Doc. No. [178])

It appearing in the above-styled case, that upon the authority of the undersigned, Count Three of the Superseding Indictment, filed April 9, 2019, charging violations of Title 18, United States Code, Section 1960, is dismissed as to Uwanbunkonye Nwokoro and Movant prays leave of Court to file the same.

Respectfully submitted,

RYAN K. BUCHANAN
United States Attorney

*/s/ Sekret T. Sneed*
By: SEKRET T. SNEED
Assistant United States Attorney
Georgia Bar No. 252939
sekret.sneed@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

**Order**

Now, to-wit, on the __11th__ day of __July__, 20__22__, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

*/s/ Steve C. Jones*

STEVE C. JONES
UNITED STATES DISTRICT JUDGE