IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | \| |
| v. | \|   CASE NO.: 1:17-CR-62-SCJ-JSA |
| UWABUNKONYE NWOKORO, | \| |
| Defendant. | \| |

## **REPORT AND RECOMMENDATION**

This matter was de-certified and returned to the undersigned to handle certain new pretrial motions relating to Count 3, that is, a Motion for Bill of Particulars [165] and Motion to Dismiss Count 3 [164]. *See* Order [172]. Defendant also subsequently filed a second Motion to Dismiss Count 3 [175].

All of these motions relate solely to Count 3. The Government has subsequently moved to dismiss Count 3, and the District Judge granted that motion, and dismissed Count 3, by Order dated July 11, 2022. *See* Motion [178], Order [180]. Thus, the Motions pending before the undersigned [164][165][175] are all moot.

Accordingly, the Court **DENIES** the Motion for Bill of Particulars [165] and **RECOMMENDS** that the Motions to Dismiss [164][175] be **DENIED** as moot. The case is now **CERITIFIED** as **READY FOR TRIAL**.

**IT IS SO RECOMMEDED** this 11th day of July, 2022.

_____
**JUSTIN S. ANAND**
**UNITED STATES MAGISTRATE JUDGE**