IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. |
| UWANBUNKONYE NWOKORO, | 1:17-CR-062-SCJ |
| Defendant. | |

## ORDER

This matter appears before the Court on the July 11, 2022 Report and Recommendation (R&R) issued by the Honorable Justin S. Anand, United States Magistrate Judge. Doc. No. [181]. In said R&R, Judge Anand recommends that the Motions to Dismiss (Doc. Nos. [164], [175]) be denied as moot. To date, no objections have been filed. After reviewing the R&R and no clear error having been found, the R&R (Doc. No. [181]) is received with approval and **ADOPTED** as the Order of this Court. Accordingly, the Motions to Dismiss (Doc. Nos. [164], [175]) are **DENIED AS MOOT**.

**IT IS SO ORDERED** this 12th day of October, 2022.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**